# 804      CASES REPORTED WITH BRIEF SYLLABI.

Before STATE INDUSTRIAL BOARD, Respondent. LORETTA NEUBECK, Respondent, v. JOHN DOSCHER and Another, Appellants.— Motion denied, with ten dollars costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ONEY OGDEN, Respondent, v. LEON VINCENT, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

SMITH O'BRIEN, Respondent, v. CHARLES ONDERDONK, Defendant, Impleaded with THE CITY OF ALBANY and Another, Appellants.— Judgment and order affirmed, with costs, as to the defendant Finn, and judgment and order reversed on the law and complaint dismissed, with costs, as to the defendant the City of Albany on the ground of the insufficiency of the notice of claim in respect to the cause of action on which the judgment has been recovered. All concur.

MARGARET A. O'BRIEN, Respondent, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc., Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. WALTER H. KNAPP and Others, Composing the State Tax Commission of the State of New York, and Another, Appellants. (Assessments, City of Buffalo, 1918, 1919 and 1920.) — Final orders unanimously affirmed, with costs against the city as of one appeal. .

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MABEL GURNSEY, Appellant, v. FRANK L. MILLEN, Sheriff of the County of Schuyler, Respondent.— Order unanimously affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BUTLER, INC., v. WALTER W. LAW, JR., and Others, Relators, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES POTTER, Respondent, v. JOHN PAINTER and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. D. RONALETTE, Respondent, v. UNITED STATES GYPSUM COMPANY, Employer, Impleaded with HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANCESCO ROSSO, Respondant, v. PATRICK McGOVERN, INC., Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

ANDREW W. RATH and Another, Copartners, and Others, Respondents, v. THE TEXAS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Van Kirk, J., not sitting.

THE RACQUETTE RIVER PAPER COMPANY, Respondent, v. MAURICE O'MEARA COMPANY, Appellant.— Judgment unanimously affirmed, with costs.